### · Powell, trustee, *et al.* v. Jenkins & Sons.

Per Curiam. Under the ruling of this court in *Powell* v. *Hall Hardware Co.*, 156 *Ga.* 614 (119 S. E. 595), the court erred in granting a mandamus absolute.

<em>Judgment reversed. All the Justices concur, except</em>

Beck, P. J., dissenting. Under the ruling in the case of *Ty Ty School District* v. *Lumber Co.*, 153 *Ga.* 426 (112 S. E. 561), and the necessary deduction from the ruling upon material questions in that case, the court properly granted a mandamus absolute. The ruling made in *Brunson* v. *Caskie*, 127 *Ga.* 501 (56 S. E. 621, 9 L. R. A. (N. S.) 1002), should not be extended; and that case does not go farther than to rule that where it is affirmatively shown that the debt is one for which the county could not be taxed, a mandamus could not issue.

No. 3716. February 15, 1924.

Mandamus. Before Judge W. E. Thomas. Colquitt superior court. January 18, 1923.

*E. B. Askew, J. L. Dowling* and *H. H. Whelchel*, for plaintiffs in error.

*R. S. Roddenbery Jr.*, and *Humphreys & DeLoache*, contra.